# Court of Appeals
# of the State of Georgia

ATLANTA,   December 30, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0167.  ERIC F. DAVIS v. COBB COUNTY POLICE.

Eric F. Davis has filed a pro se application for discretionary appeal. Although it is unclear what ruling Davis is challenging, the only trial court order included with his application is an August 9, 2012, order dismissing his civil action. Davis filed his application on October 30, 2015.[1]

We lack jurisdiction because the application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Davis filed his application more than three years after entry of the order he seeks to appeal.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/30/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

_____

[1] Davis filed his application in the Supreme Court, which transferred the matter here.